UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORINA G. DEL FIERRO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROKERS CONDUIT, et al.,<br><br>Defendants. | CASE NO. C09-229RSM<br><br>ORDER GRANTING MOTION TO DISMISS |

Plaintiff Lorina G. Del Fierro, appearing *pro se*, filed this action in state court, alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and other state and federal laws regarding mortgages. Defendants removed the case to this Court on the basis of the federal causes of action, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Dkt. # 1. Defendant Specialized Loan Servicing, LLC ("Specialized") has moved to dismiss the complaint for failure to state a claim. Dkt. # 7. The motion was noted for April 24, 2009 and plaintiff has failed to respond to the motion in any way. Plaintiff's failure to oppose the motion is deemed an admission that the motion has merit. Local Rule CR 7(b)(2).

Accordingly, the motion to dismiss by defendant Specialized is hereby GRANTED and the complaint is DISMISSED as to this defendant. Further, as plaintiff has failed to appear in this action

ORDER - 1

since it was removed to this Court, she is hereby ORDERED TO SHOW CAUSE, on or before June 15, 2009, why this action should not be dismissed in its entirety for failure to prosecute.

Dated this 29th day of May, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2